(April 8, 1987)

■ GREGG MACEY et al., Respondents, v CHARLES TRUMAN, Appellant.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion, ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in affirming the order of Special Term which partially denied defendant's motion for summary judgment dismissing the complaint?" Kane, J. P., Main, Casey, Mikoll and Harvey, JJ., concur.

■ In the Matter of BEAVER BUILDING CORPORATION, Petitioner, v LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Motion to dismiss proceeding granted, without costs. The failure to serve the Attorney-General (see, CPLR 7804 [c]) during the 30-day period set forth in Labor Law § 220 (8) is a jurisdictional defect which precludes our consideration of this matter (see, Matter of Schenck v State Tax Commn., 112 AD2d 517; Matter of Johnson v New York State Employees' Retirement Sys., 90 AD2d 573, 574). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.